# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

ANTONIO FERRARI ,

                Plaintiff,

-vs-                                                          Case No. 2:09-cv-349-FtM-99SPC

NCC BUSINESS SERVICES, INC.,

                Defendant.
_____/

## ORDER

This matter comes before the Court on the Unopposed Motion and Stipulation for Substitution of Counsel for Defendant (Doc. #25) filed on February 17, 2010. Counsel for the Defendant, Ernest H. Kohlmyer, Esq., has transferred employment from Bell & Roper, P.A., (f/k/a Bell, Roper & Kohlmyers, P.A.), located at 2707 East Jefferson Street, Orlando, Florida 32803, to the law firm of South Milhausen, P.A, Gateway Center, 1000 Legion Place, Suite 1200, Orlando, Florida 32801. The Defendant has agreed that Counsel will remain Counsel of record. Thus, Bell & Roper, P.A, should be relieved of any further responsibility. Pursuant to Local Rule 3.01(g), opposing Counsel does not object to the relief requested. The Court, having considered the motion, finds good cause and will grant the substitution of Counsel.

Accordingly, it is now

**ORDERED:**

(1)    The Unopposed Motion and Stipulation for Substitution of Counsel for Defendant (Doc. #25) is **GRANTED**. Bell & Roper, P.A., (f/k/a Bell, Roper & Kohlmyer, P.A.), located at

2707 East Jefferson Street, Orlando, Florida 32803, shall be relieved of any further responsibility in this matter.

(2) Ernest H. Kohlmyer, Esq., and the law firm of South Milhausen, P.A, Gateway Center, 1000 Legion Place, Suite 1200, Orlando, Florida 32801, shall be designated Counsel of record. All correspondence and pleadings shall be forwarded to their attention.

**DONE AND ORDERED** at Fort Myers, Florida, this   23rd   day of February, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record